JS-6

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED NOOH, individually and on behalf of all others similarly situated, | CASE NO. 2:20-cv-01395-RGK-KS |
| | [~~PROPOSED~~] ORDER ON PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
|     Plaintiff, | |
|     v. | Honorable R. Gary Klausner |
| CANOGA PARK HAND CAR WASH; and DOES 1 to 100, | Complaint Filed:  February 12, 2020 |
| | Complaint Served:  February 19, 2020 |
|     Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Amended Notice of Voluntary Dismissal With Prejudice, which replaces and moots Plaintiff's earlier filed Notice of Voluntary Dismissal (without prejudice), the Court has determined that this action be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: __May 12_____, 2020                    _____

                                                                    Hon. R. Gary Klausner
                                                                    U.S. District Judge

-2-